FERRAL C. DININNY, Respondent, *v.* HENRIETTA L.
BROWN, Individually and as Executrix of WILLIAM L.
BROWN, Deceased, Appellant.

*Dininny* v. *Brown*, 159 App. Div. 909, affirmed.
(Argued December 6, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,

entered December 4, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of a covenant in a deed that premises conveyed thereby were free from incumbrances. The complaint alleged that at the time of delivery of the deed the premises conveyed were subject to a tax which was a lien and incumbrance thereon.

*A. Parker Nevin* for appellant.

*Bruce Ellison* and *William B. Ellison* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ.